JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

MARK HOOD,                              )    Case No. EDCV 09-00509-MLG
                                        )
                 Plaintiff,             )        JUDGMENT
                                        )
       v.                               )
                                        )
MICHAEL J. ASTRUE,                      )
Commissioner of the                     )
Social Security Administration,         )
                                        )
                 Defendant.             )
_____ )

     **IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: October 28, 2009

_____
MARC L. GOLDMAN
United States Magistrate Judge